**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CEMENT-LOCK, LLC, an Illinois limited liability company, and RICHARD MELL, an individual, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 05 C 0018 ) ) Honorable Rebecca Pallmeyer |
| GAS TECHNOLOGY INSTITUTE, an Illinois corporation, et al. | ) ) ) |
| Defendants. | ) |

## DEFENDANT BORYS' MOTION TO ADOPT CO-DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUAN TO FED. R. CIV. P. 50

Defendant Stanley S. Borys ("Borys"), by and through his attorney, pursuant to Fed. R. Civ. P. 10(c), hereby moves this Court to allow him to adopt the arguments of Defendants GTI, IGT, ESI, ECH, James E. Dunne, and Francis S. Lau (collectively "GTI Defendants") in support of their Motions for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50.

Defendant Borys filed two Motions for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50 on March 3, 2008. One motion addressed Counts I, IV, V, and VI of the Amended Complaint; and a second motion addressed Counts II and III of the Amended Complaint. Defendant Borys filed a third Motion for Judgment as a Matter of Law on March 12, 2008 to Bar Plaintiffs' Derivative Claims on the Basis of Unclean Hands. Defendant Borys' co-defendants filed a Memorandum of Francis S. Lau in support of his Motion for Judgment as a Matter of Law on Count I (Document 472), Memorandum of Defendant James E. Dunne in Support of His Motion for Judgment as a Matter of Law (Document 473) and a Brief in Support of Oral Motion for Judgment as a Matter of Law (Document 482). In further support of his Rule 50 motions,

defendant Borys moves this Court to allow him to adopt the arguments set forth in his co-defendants pleadings, to the extent they apply to Borys.

RESPECTFULLY SUBMITTED,
DEFENDANT STANLEY BORYS

BY:    /s/ Susan Bogart
Law Offices of Susan Bogart
30 North LaSalle St., Ste. 2900
Chicago, IL 60602
(312) 263-0900 ext. 7014
SBogart514@aol.com