IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT-LOCK, LLC, an Illinois limited liability company, and RICHARD MELL, an individual, </br></br>Plaintiffs,</br></br>v.</br></br>GAS TECHNOLOGY INSTITUTE, an Illinois corporation, et al.</br></br>Defendants. | No. 05 C 0018</br></br>Honorable Rebecca Pallmeyer |

**DEFENDANT BORYS' NOTICE OF PRESERVATION OF RIGHTS UNDER RULE 50
AND RENEWED MOTIONS FOR JUDGMENT PURSUANT TO
RULE 50(B) F.R.CIV. P. TO BAR DERIVATIVE CLAIMS ON THE GROUND OF
UNCLEAN HANDS AND ON COUNT VIII FOR ACCOUNTING**

Defendant Stanley S. Borys ("Borys"), by and through his attorney, pursuant to Fed. R. Civ. P. 50(B), hereby Submits the Following Notice of Preservation of Rights and Renewed Rule 50(a) Motions for Judgment as a Matter of Law to Bar Derivative Claims on Unclean Hands and on Count VIII of the Amended Complaint for Accounting and, in support, in support states as follows.

1. At the close of the Plaintiffs' case and prior to the matter being submitted to the Jury, Borys orally moved for Judgment as a Matter of Law on Plaintiffs' Derivative Claims on the grounds of Unclean Hands (Tr. 5447-5449) and for Judgment as a Matter of Law on Plaintiffs' Accounting Claim in Count VIII of the Amended Complaint. Tr. 5375.

2. On March 14, 2008, defendant Borys submitted his written Motions and

Memorandums in Support of his Oral Motions under Rule 50(a) for Judgment as a Matter of Law pursuant to Rule 50(a) on Plaintiffs' Derivative Claims and Count VIII of the Amended Complaint seeking an Accounting. Those Motions are Pending.

3. On March 11, 2008, the jury returned a verdict in this case. [Dkt. 494]. No verdict was entered on Borys' Motion to Bar Derivative Claims on the ground of Unclean Hands nor as to the Accounting Claim.

4. Pursuant to Rule 50(b), issues not decided by a jury verdict may be renewed within 10 days after the jury is discharged, or on or before March 25, 2008.

5. The jury did not return a verdict as to either of Borys' Claims of and Issues of Unclean Hands nor as to Count VIII seeking an accounting from Defendant Borys.

WHEREFORE, defendant Borys pursuant to Rule 50(b), F.R.Civ.P. hereby renews his Motions for Judgment as a Matter of Law Barring Plaintiffs' Derivative Claims on the Ground of Unclean Hands and on Count VIII of the Amended Complaint seeking an Accounting from Defendant Borys. Also, although no judgment appears to have been entered on the jury's verdict in this case, Borys also gives notice of his intent to preserve any and all rights under Rule 50 (b) to the extent applicable to any of Borys' claims and arguments raised in his other Rule 50(a) Motions.

        RESPECTFULLY SUBMITTED,
        DEFENDANT STANLEY BORYS

BY:     /s/ Susan Bogart
      Law Offices of Susan Bogart
      30 North LaSalle St., Ste. 2900
      Chicago, IL 60602
      (312) 263-0900 ext. 7014
      SBogart514@aol.com